UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Keith Glover

                                         Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

S! 20 -CR- 444

Defendant _____Keith Glover_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

__X_ Initial Appearance Before a Judicial Officer

_X__ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X_ Bail/Detention Hearing

_X__ Conference Before a Judicial Officer


____s/ Keith Glover/SMB_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

____Keith Glover_____
Print Defendant's Name

s/ Sam Braverman
Defendant's Counsel's Signature


_____Sam Braverman_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_4/29/21_
Date

_Andrew Krause_
~~U.S. District Judge~~/U.S. Magistrate Judge