UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Keith Glover

                                 Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

S1 20 -CR- 444

Defendant _____Keith Glover_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer

_X_  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_  Bail/Detention Hearing

_X_  Conference Before a Judicial Officer

____s/ Keith Glover/SMB_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

____Keith Glover_____
Print Defendant's Name

s/ Sam Braverman
Defendant's Counsel's Signature

_____Sam Braverman_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

____5/21/21_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge