UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
UNITED STATES OF AMERICA,

                                                 **ORDER**
                                      20 Cr. 444 (VLB)

-v –

KEITH GLOVER,

                          Defendant.
--------------------------------------------------X

       Upon the application of KEITH GLOVER, by his counsel, SAM BRAVERMAN, Esq., it is hereby

       **ORDERED** that the Orange County Jail shall provide inmate Keith Glover, JID 2021 00538,  access to the law library for at least one (1) hour on a daily basis so that he may properly review his discovery.

       White Plains,
Dated: XXXXXX, New York
       June  _8_ , 2021

                                 **SO ORDERED**

                                 _____
                                 HONORABLE VINCENT L. BRICCETTI
                                 UNITED STATES DISTRICT JUDGE