UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA :
:
v. : **ORDER** 
:
FRANK BROWN, PEDRO RAINEY, JOSEPH : 20 CR 444 (VB)
SCOTT, TONYA BROWN, and KEITH :
GLOVER, :
               Defendants. :
--------------------------------------------------------------x

At an on-the-record telephone conference held today, attended by all parties and their counsel, the Court set the following pretrial motion schedule:

Accordingly, it is HEREBY ORDERED:

1. Defendants' motions are due August 25, 2021.

2. The government's opposition to defendants' motions is due September 24, 2021.

3. Defendants' replies, if any, are due October 8, 2021.

4. A status conference and/or hearing on the motions is scheduled for October 21, 2021, at 11:00 a.m. The Court expects to conduct this proceeding in person at the courthouse.

Dated: June 25, 2021
      White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge