USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

Keith Glover

                              Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

S1 20 -CR- 444

Defendant _____Keith Glover_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

_s/ Keith Glover/SMB_ (Keith Glover by SMB)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Sam Braverman_
Defendant's Counsel's Signature

_____Keith Glover_____
Print Defendant's Name

_____Samuel Braverman_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_6/25/21_
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~