

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/21

U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

October 29, 2021

APPLICATION GRANTED
SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J.
Dated: 10/29/21
White Plains, NY

**BY EMAIL & ECF**

The Honorable Vincent Briccetti
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Frank Brown, a/k/a "Nitty," et al., S1 20 Cr. 444 (VB)

Dear Judge Briccetti:

The Government respectfully writes regarding defendant Frank Brown's suppression motion dated August 25, 2021. (*See* Docket Entries 113-17). The Government's current deadline to respond to the motion is October 29, 2021.

The Government is still in active plea negotiations with Mr. Gold, counsel to Mr. Brown, and the parties are hopeful that they will be able to reach a resolution of this matter in the coming weeks. Accordingly, the Government respectfully requests an additional two weeks—until November 12, 2021—to respond to the defendant's motion.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Benjamin A. Gianforti
Assistant United States Attorney
(646) 856-5190

cc:   *Ben Gold, Esq., counsel to Frank Brown (by ECF & email)*
      *Larry Sheehan, Esq., counsel to Pedro Rainey (by ECF & email)*
      *Daniel Parker, Esq., counsel to Joseph Scott (by ECF & email)*
      *Frank O'Reilly, Esq., counsel to Tonya Brown (by ECF & email)*
      *Sam Braverman, Esq. counsel to Keith Glover (by ECF & email)*