

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com

February 8, 2022

The Honorable Vincent Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Keith Glover
      Case No.: 20 Cr. 444 (VB)

Dear Judge Briccetti,

   I write to request that this Court issue an order to Orange County Jail to vaccinate our client, Keith Glover.

   Mr. Glover is currently housed at the Orange County Jail, 110 Wells Farm Road, Goshen, NY 10924. Since being housed in such facility, Mr. Glover requested vaccination and put his name on the jail list for a COVID-19 vaccine in April 2021. Approximately 10 months have elapsed since Mr. Glover has placed his name on the list and despite this, Mr. Glover has not received his first dose. This is despite the CDC recommendation that people who are housed in prisons should receive a vaccination as they are at a higher risk of exposure[1].

   Mr. Glover expects to be released in approximately 2 months. Because of his imminent release (or withing two months if he is transitioned to a halfway house), Mr. Glover needs to be vaccinated as this may affect or even prohibit his placement.

   For the above mentioned reasons, we respectfully ask the court to order Orange County Jail to vaccinate Keith Glover.

   Should you have any questions, please do not hesitate to contact me.

**APPLICATION DENIED**
**SO ORDERED:**

/s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J.
Dated: 2/9/2022
White Plains, NY

Although this request is not unreasonable, the Court has no authority to grant it. Accordingly, it is denied.

---

[1] COVID-19 Vaccine FAQs in Correctional and Detention Centers.

Very truly yours

s/Samuel Braverman, Esq./SMcC
Samuel Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Rd, Ste 3A
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724